# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

MICA LAQUIN WILLIAMS

              V.              CASE No.: 5:08-CV-220(NPM/DEP)

ROBERT SHAW

**[ ]**    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[XX]**    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANT against PLAINTIFF dismissing this action with prejudice for failure to state a claim under 42 U.S.C. §1983 pursuant to the Memorandum-Decision and Order of the Hon. Neal P. McCurn filed on April 15, 2008.

DATED:    April 15, 2008

                                                        Clerk of Court

LKB:lmp